UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION


FILED
OCT 1 3 2010
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR09-40030 |
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| TODD ALAN MOSTERD, | |
| Defendant. | |

This Court entered a Preliminary Order of Forfeiture on April 12, 2010, and a Judgment and Commitment on June 1, 2010, ordering Defendant to forfeit certain property (the Subject Property), specified as:

> HP Pavilion mini-tower bearing serial number MX13718536, and containing a Maxot HDD bearing serial number MX4K080H4.

Notice of the Preliminary Order of Forfeiture was given by publication from June 2, 2010, through and including July 1, 2010. No timely claim has been filed.

The Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 2253.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-described Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned,

forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

DATED: October 13, 2010.

BY THE COURT:

_____
LAWRENCE L. PIERSOL
United States District Judge

ATTEST:
Joseph Haas, Clerk

By _____
Deputy Clerk